

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2015

No. 04-15-00014-CV

**IN RE R. Wayne JOHNSON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

On January 12, 2015, relator filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on January 14th, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14 day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 12,810, styled *R. Wayne Johnson v. Elroy Garcia and James Allison*, pending in the 216th Judicial District Court, Gillespie County, Texas, the Honorable N. Keith Williams presiding.